GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for DIONISIO ROBLES PADILLA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DIONISIO ROBLES PADILLA,<br><br>    Defendant. | 2:11-CR-101-WBS<br><br>STIPULATION AND ~~PROPOSED~~ ORDER VACATING DATE, CONTINUING CASE AND EXCLUDING TIME<br><br>Date : 6/04/12<br>Time : 9:30 a.m.<br>Court : Hon. William B. Shubb |

**IT IS HEREBY STIPULATED** by and among Plaintiff United States of America, through Assistant United States Attorney Jill M. Thomas, and Defendant Dionisio Robles Padilla, through his counsel, Gilbert A. Roque, that the Status Conference scheduled for April 9, 2012, at 9:30 a.m., be vacated and the matter be continued to June 4, 2012, at 9:30 a.m., before the Honorable William B. Shubb. This continuance is requested by the defense in order to permit further defense preparation.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.* be tolled pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), Local Code T-4 (time to prepare), and that the ends of justice served in granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

                                    Respectfully submitted,

DATED: April 2, 2012           /s/ Gilbert A. Roque
                                    GILBERT A. ROQUE, Attorney for
                                    DIONISIO ROBLES PADILLA, Defendant

1

DATED: April 2, 2012            /s/ Jill M. Thomas
                                JILL M. THOMAS
                                Assistant United States Attorney
                                Attorney for Plaintiff

**ORDER**

The Court, having received, read and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial, and orders that the time from the date of the parties' stipulation, April 2, 2012, up to and including the new Status Conference, June 4, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (reasonable time for defense counsel to prepare).

It is further ordered that the April 9, 2012, Status Conference is vacated and shall be continued until June 4, 2012, at 9:30 a.m.

**IT IS SO ORDERED.**

DATED:    April 5, 2012

                                WILLIAM B. SHUBB
                                UNITED STATES DISTRICT JUDGE