GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for DIONISIO ROBLES PADILLA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CR-101-WBS |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER VACATING DATE, CONTINUING CASE AND EXCLUDING TIME |
| vs. | |
| DIONISIO ROBLES PADILLA, | Date : 7/23/12<br>Time : 9:30 a.m.<br>Court : Hon. William B. Shubb |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and among Plaintiff United States of America, through Assistant United States Attorney Jill M. Thomas, and Defendant Dionisio Robles Padilla, through his counsel, Gilbert A. Roque, that the Status Conference scheduled for June 4, 2012, at 9:30 a.m., be vacated and the matter be continued to July 23, 2012, at 9:30 a.m., before the Honorable William B. Shubb. This continuance is requested in order to permit further defense preparation and to conduct further investigation.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.* be tolled pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), Local Code T-4 (time to prepare), and that the ends of justice served in granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: May 30, 2012     /s/ Gilbert A. Roque
                        GILBERT A. ROQUE, Attorney for
                        DIONISIO ROBLES PADILLA, Defendant

1

| | |
|---|---|
| DATED: May 30, 2012 | /s/ Jill M. Thomas<br>JILL M. THOMAS<br>Assistant United States Attorney<br>Attorney for Plaintiff |

**ORDER**

The Court, having received, read and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial, and orders that the time from the date of the parties' stipulation, May 30, 2012, up to and including the new Status Conference, July 23, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (reasonable time for defense counsel to prepare).

It is further ordered that the June 4, 2012, Status Conference is vacated and shall be continued until July 23, 2012, at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: June 4, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE